1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name   HALL            WILLIAM           R
       (Last)              (First)            (Initial)           **FILED**

3  Prisoner Number ___ K-46685 ___

4                                                   JUL - 3 2008

Institutional Address ___ PO BOX 705

5       Soledad, CA 93960-0705
                                    **RICHARD W. WIEKING**
                                  CLERK, U.S. DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA

6

7  **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8  William Hall
(Enter the full name of plaintiff in this action.)

9                         )

10            vs.       )    Case No. _____
                         )    (To be provided by the clerk of court)
   Ben Curry, Warden- CTF  )

11                         )    **PETITION FOR A WRIT**
                       )    **OF HABEAS CORPUS**

12                         )

13                         )

14  (Enter the full name of respondent(s) or jailor in this action)  )

15                         )

16  Read Comments Carefully Before Filling In

17  When and Where to File

18       You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23       If you are challenging your conviction or sentence and you were **not** convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS     - 1 -

1    <u>Who to Name as Respondent</u>

2        You must name the person in whose actual custody you are. This usually means the Warden or

3    jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4    you are imprisoned or by whom you were convicted and sentenced. These are not proper

5    respondents.

6        If you are not presently in custody pursuant to the state judgment against which you seek relief

7    but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8    custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9    was entered.

10    <u>A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11        1. What sentence are you challenging in this petition?

12            (a)    Name and location of court that imposed sentence (for example; Alameda

13                    County Superior Court, Oakland):

14              San Bernardino County        172 W. Third St. Fl. 2

15                    Court        San Bernardino,CA 92415-0302
                                            Location

16            (b)    Case number, if known  FRE 01814

17            (c)    Date and terms of sentence March 28, 1997,15 years to life + 4 yrs

18            (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                parole or probation, etc.)        Yes __X__    No _____

20                Where?

21                Name of Institution:  CTF - North

22                Address: PO BOX 705, Soledad, CA 93960

23        2. For what crime were you given this sentence? (If your petition challenges a sentence for

24    more than one crime, list each crime separately using Penal Code numbers if known. If you are

25    challenging more than one sentence, you should file a different petition for each sentence.)

26        Second degree murder

27    _____

28    _____

3. Did you have any of the following?

    Arraignment:               Yes __X__    No _____

    Preliminary Hearing:       Yes __X__    No _____

    Motion to Suppress:       Yes _____    No _____

4. How did you plead?

    Guilty __X__    Not Guilty _____    Nolo Contendere _____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury _____    Judge alone _____    Judge alone on a transcript _____

6. Did you testify at your trial?         Yes _____    No __X__

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment            Yes __X__    No _____

    (b)    Preliminary hearing      Yes __X__    No _____

    (c)    Time of plea           Yes __X__    No _____

    (d)    Trial                 Yes _____    No _____

    (e)    Sentencing           Yes __X__    No _____

    (f)    Appeal              Yes _____    No __X__

    (g)    Other post-conviction proceeding    Yes _____    No __X__

8. Did you appeal your conviction?      Yes _____    No __X__

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal           Yes _____    No __X__

        Year: _____    Result:_____

        Supreme Court of California    Yes _____    No __X__

        Year: _____    Result:_____

        Any other court          Yes _____    No __X__

        Year: _____    Result:_____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

petition?                                          Yes _____    No __X__

(c)    Was there an opinion?                       Yes _____    No __X__

(d)    Did you seek permission to file a late appeal under Rule 31(a)?

                                                   Yes _____    No __X__

If you did, give the name of the court and the result:

_____

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

this conviction in any court, state or federal?       Yes __X__    No _____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that

challenged the same conviction you are challenging now and if that petition was denied or dismissed

with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

for an order authorizing the district court to consider this petition.  You may not file a second or

subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

U.S.C. §§ 2244(b).]

(a)    If you sought relief in any proceeding other than an appeal, answer the following

        questions for each proceeding.  Attach extra paper if you need more space.

I.    Name of Court: _____Monterey Superior Court_____

      Type of Proceeding: _____Habeas Corpus_____

      Grounds raised (Be brief but specific):

      a. **Petitioner's Due Process right was violated pursuant to**

      b.**CCR 3000.  Execution type murder being applied to the**

      **nature of the crime .**

      c._____

      d._____

      Result: ___Denied_____Date of Result:_3/6/2007_

II.   Name of Court: ___California Court of Appeal, 6th App.Dst.

      Type of Proceeding: _____habeas corpus_____

      Grounds raised (Be brief but specific):

1   a. Same as above

2   b.

3   c.

4   d.

5   Result: Denied                          Date of Result: 4/11/2007

6   III.   Name of Court: California Supreme Court

7   Type of Proceeding: Habeas corpus

8   Grounds raised (Be brief but specific):

9   a. Same as above

10  b.

11  c.

12  d.

13  Result: Denied                          Date of Result: 5/16/2007

14  IV.   Name of Court:

15  Type of Proceeding:

16  Grounds raised (Be brief but specific):

17  a.

18  b.

19  c.

20  d.

21  Result:                                 Date of Result:

22  (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                          Yes _____    No X

24  Name and location of court:

25  **B. GROUNDS FOR RELIEF**

26  State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

1  need more space.  Answer the same questions for each claim.

2      [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3  petitions may be dismissed without review on the merits.  28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5      Claim One: Petitioner's Due Process right was violated pursuant to CCR

6  3000. Execution type murder being applied to the nature of the crime.

7      Supporting Facts: The evidence used by the classification of petitioner

8  UCC evaluation was not supported by the evidence contained in the

9  San Bernardino County Coroner autopsy report dated April 10, 1996.

10

11      Claim Two:

12

13      Supporting Facts:

14

15

16

17      Claim Three:

18

19      Supporting Facts:

20

21

22

23      If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2  are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning

3  of these cases:

4    People v. Walker (1988) 47 Cal. 3d 605

5    People v. Williams (1997) 16 Cal. 4th 635

6    People v. Ramos (1997) 15 Cal. 4th 1133

7  Do you have an attorney for this petition?                    Yes_____    No  X

8  If you do, give the name and address of your attorney:

9  _____

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on ____April 21, 2008____          _William R Nelson_

14            Date                              Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS          - 7 -

...liam R Hall, K46685
...Box 705, L.B. 1414P
...F. North
...dad, Calif.
...93160-0705

UNITED STATES POSTAL
$ 01.00°
MAILED FROM ZIP CODE

United States District Court
Northern District of California
450 Golden Gate AVE.
P.O. Box 36060
San Francisco, Calif.
94102

CONFIDENTIAL
LEGAL MAIL

C Dailey 6-17-08 cc/