RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08—3212RMW

Dear Clerke of the Court:                                    July 13, 08

Pursuant to the Court's Order issued on July-3-2008. I have submitted an Application to Proceed in Forma Pauperis to the Prison Trust Office for processing.

Unfortunately, the trust office tends to take as long as a month to process these requests. Please do not hold me accountable for this application if it not received within the 30 days stated in the Court's order as I have already done my part.

Thank you.

Sincerely,

William Ray Hall Jr.

ORIGINAL
FILED

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number _C 08 ___ 3212___

(PR) RMW

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
    Deputy Clerk

rev. 11/07

HALL

William R Hall Jr. K-46685
P.O. Box 705, L.B. 141 up
C.T.F. North
Soledad, Calif.
93960-0705

CONFIDENTIAL
LEGAL MAIL

Office of The Clerk, U.S. District Court:
Northern District of California
450 Golden Gate Avenue
San Francisco, California.
94102

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.42°
02 1M
0004229613    JUL 14 2008
MAILED FROM ZIPCODE 93960

Respectfully,
/s/ R. Jonathan Kim
7-13-08