*E-FILED - 9/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. HALL,<br><br>        Petitioner,<br><br>  vs.<br><br>BEN CURRY, Warden,<br><br>        Respondent. | No. C 08-3212 RMW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>(Docket No. 3) |

    Petitioner's letter, dated July 13, 2008, is construed as a motion for extension of time to file an application to proceed in forma pauperis. Good cause appearing, petitioner's motion for extension of time is GRANTED. Petitioner shall file an application to proceed in forma pauperis no later than thirty days from the date this order is filed.

    IT IS SO ORDERED.

Dated: 9/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge