1

2

3

4

5

*E-FILED - 12/15/08*

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | WILLIAM R. HALL, ) No. C 08-3212 RMW (PR)

13 | Petitioner, ) ORDER OF DISMISSAL

14 | vs. )

15 | BEN CURRY, Warden, )

16 | Respondent. )

17

18        Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus

19 pursuant to 28 U.S.C. § 2254.  On October 27, 2008, the court dismissed the petition because it

20 was unable to determine exactly what petitioner was challenging.  The court granted plaintiff

21 thirty days to amend to state a cognizable claim and notified plaintiff that failure to file an

22 amended petition or complaint in conformity with the order and within the designated time

23 would result in a dismissal of the case.  To date, no amendment has been received.

24        Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to

25 comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall

26 close the file and enter judgment in this matter.

27 ///

28 ///

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.08\Hall212dis.wpd                    1

1    IT IS SO ORDERED.

2    DATED: __12/12/08____

*Ronald M. Whyte*

3    RONALD M. WHYTE
     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.08\Hall212dis.wpd            2