*E-FILED - 4/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HALL, | No. C 08-3212 RMW (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |
| _____/ | (Docket No. 15) |

Petitioner has filed a motion for an extension of time in which to file his opposition to respondent's motion to dismiss.  The court concludes that petitioner has shown good cause for such extension.  Accordingly, petitioner's motion for an extension of time (docket no. 15) is GRANTED.  Petitioner shall file his opposition, and serve a copy on respondent's counsel, **within thirty (30) days** of the filing date of this order.  Respondent shall file a reply brief no later than **fifteen (15) days** after the date petitioner's opposition is filed.

This order terminates docket no. 15.

IT IS SO ORDERED.

Dated:  __4/14/09__

RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Request for Enlargement of Time to File Opposition to Respondent's Motion to Dismiss
P:\PRO-SE\SJ.Rmw\HC.08\Hall212.EOT.wpd

**United States District Court**
For the Northern District of California