***E-FILED - 7/14/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM R. HALL, | ) | No. C 08-3212 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| BEN CURRY, Warden, | ) | |
| Respondent. | ) | |

The court has granted respondent's motion to dismiss this petition. Therefore, judgment is entered in favor of respondent. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __7/14/09_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Hall212jud2.wpd            1